## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY ROBERT MARSH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24 -cv-111 |
| | ) | |
| v. | ) | District Judge Stephanie L. Haines |
| | ) | Magistrate Judge Maureen P. Kelly |
| SOMERSET COUNTY, *et al.*, | ) | |
| | ) | Re: ECF No. 52 |
| Defendants. | ) | |

### MEMORANDUM ORDER

Plaintiff Timothy Robert Marsh has filed a "Motion to Stop Payment Withdraw" asking the Court stop withdrawing funds to pay for filing fees incurred by him when he filed this action. ECF No. 52. He asserts that he was seriously mentally ill and unmedicated when he filed this action and his case is now moot. Id.

A prisoner like Plaintiff who brings a civil lawsuit and is granted leave to proceed in forma pauperis ("IFP") under the Prisoner Litigation Reform Act ("PLRA") must pay the full amount of a filing fee from his prison account. See ECF No. 19 (granting Plaintiff's Motion for Leave to Proceed in forma pauperis); 28 U.S.C. § 1915(b)(1).

> [i]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—
>
> > (A) the average monthly deposits to the prisoner's account; or
> > (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.
>
> (2) After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

Id.

Thus, prisoners who obtain IFP status under the PLRA are required to pay the filing fees in installments when there are sufficient funds in their prison account. Id. While the Court is sympathetic, it does not have the statutory authority to enter an order requiring the cessation of payments. The requirements of the PLRA are mandatory and serve the purpose of reducing frivolous litigation. Muhammad v. U.S. Marshals Serv., 385 F. App'x 70, 73 (3d Cir. 2010) (PLRA's filing fee requirements compel inmates to consider the economic incentives, weigh the costs of litigation, and "stop and think" before filing suit).

Accordingly, IT IS HEREBY ORDERED this 17th day of November 2025 that Plaintiff's motion, ECF No. 52, is denied.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of this Order to file an appeal to the District Judge which includes the basis for objection to this Order. Any appeal is to be submitted to the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Failure to file a timely appeal will constitute a waiver of any appellate rights.

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:    Timothy Robert Marsh
       QQ4238
       SCI Waymart
       P.O. Box 256
       Waymart, PA 18472

2